# Hillman v. The State.

APPEAL from the City Court of Montgomery.

Tried before the Hon. WILLIAM H. THOMAS.

No counsel marked as appearing for appellant.

MASSEY WILSON, Attorney-General, for the State.

The appellant in this case, Hudson Hillman, was indicted, tried and convicted for removing or disposing of property upon which there was a lien.

The judgment of conviction is affirmed.

Opinion by McCLELLAN, C. J.